81.594-03

10-21-15

TO: ABEL ACOSTA

RE: CHANGE OF ADDRESS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

DEAR MR ACOSTA

I'm SORRY TO BOTHER YOU ONCE AGIN, BUT THEY KEEP MOVING ME AROUND AT A CRITICAL POINT IN TIME WHEN I NEED TO RECEIVE all LEGAl MAIL AND RESPONSES AS SOON AS POSSIBLE. I AM NOW AT 21 FM 247, HUNTSVILLE. TX, 77320. I HOPE THIS WILL NOT CHANGE ANY TIME SOON

THANK YOU
JERRELL DITTMAN #1701202
BYRD UNIT
21 FM 247
HUNTSVILLE. TX 77320

P.S. PLEASE SEND ME
ANY INFORMATION PERTAINE TO MY ~~WRIT~~ #
WRIT NO. W-10-00566-V(B) SINCE THE LAST
LETTER I RECEIVED ON SEPT 18. ASKING Judge
TO FORWARD MY PAPER WORT TO CCA.